# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BRYAN K. BRADDOCK,<br><br>Plaintiff,<br><br>v.<br><br>JUST ENERGY GROUP INC. d/b/a JUST ENERGY TEXAS L.P.,<br><br>Defendant. | Case No. 4:19-cv-01545 |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE BRYAN K. BRADDOCK ("Plaintiff") hereby notifies the Court that the Plaintiffs and Defendant have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 16th day of August 2019.

                                                                                        s/ Taxiarchis Hatzidimitraidis
                                                                                        Taxiarchis Hatzidimitriadis, #6319225
                                                                                       Sulaiman Law Group, Ltd.
                                                                                       2500 S. Highland Avenue, Suite 200
                                                                                       Lombard, IL 60148
                                                                                       (630) 575-8181
                                                                                       thatz@sulaimanlaw.com
                                                                                       *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Taxiarchis Hatzidimitraidis
Taxiarchis Hatzidimitriadis
