UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRYAN K. BRADDOCK,<br><br>    Plaintiff,<br>v.<br><br>JUST ENERGY GROUP, INC. d/b/a JUST ENERGY TEXAS, L.P.,<br><br>    Defendant. | Case No.  4:19-cv-01545<br><br>Honorable Judge Sim Lake |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff BRYAN K. BRADDOCK, and the Defendant, JUST ENERGY GROUP, INC. d/b/a JUST ENERGY TEXAS, L.P, through their respective counsel that the above-captioned action is dismissed, with prejudice, against JUST ENERGY GROUP, INC. d/b/a JUST ENERGY TEXAS, L.P, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: September 26, 2019                             Respectfully Submitted,

**BRYAN K. BRADDOCK**                    **JUST ENERGY GROUP, INC.**

/s/ Taxiarchis Hatzidimitriadis            /s/ Joshua Thomas (*with consent*)
Taxiarchis Hatzidimitriadis                Joshua Thomas
*Counsel for Plaintiff*                    *Counsel for Defendant*
Sulaiman Law Group, LTD                    Baker & Hostetler, LLP
2500 S. Highland Avenue, Suite 200         811 Main Street, Suite 1100
Lombard, Illinois 60148                    Houston, TC 77002-6111
Phone: (630) 575-8181                      Phone: (713) 751-1600
Fax :(630) 575-8188                        jthomas@bakerlaw.com
thatz@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Taxiarchis Hatzidimitriadis_____<br>
Taxiarchis Hatzidimitriadis