United States District Court
Southern District of Texas
**ENTERED**
September 26, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Bryan K. Braddock,<br>　　　　Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-19-1545 |
| Just Energy Group, Inc.,<br>　　　　Defendant. | §<br>§<br>§<br>§ | |

## O R D E R

In accordance with the Stipulation of Dismissal filed on September 26, 2019 (docket entry no. 15), this action is hereby **DISMISSED** with prejudice.

**SIGNED** at Houston, Texas, on this 26th day of September, 2019.

---
SIM LAKE
UNITED STATES DISTRICT JUDGE